United States Court of Appeals
 For The District of Columbia Circuit

No. 97-7181 September Term, 1998

 
Janet E. Atkinson, (97cv00239)
 Appellant

 v.

The Inter-American Development Bank, et al.,
 Appellees

 Before: Edwards, Chief Judge, Silberman and Randolph, Circuit Judges

 O R D E R

 It is ORDERED, by the Court, that the opinion for the Court filed by Circuit Judge
Silberman on October 9, 1998 be, and hereby is, amended as follows:

 Page 3, carryover paragraph, lines 9-10, delete "her marital
 property award of $111,475," and insert in lieu thereof "the
 remainder of her Maryland judgments,"

 Per Curiam
 FOR THE COURT:
 
 Mark Langer, Clerk

Filed on October 28, 1998